

Piraeus, 10 April 2023

Dear Judge Middlebrooks,

    I am writing to you regarding the civil action CASE No. 12-60026-CIV. I am respectfully requesting that my case reopens, and that you give me the opportunity to finally have your judgment on it.

    In my letters of 2017, 2018, 2019, 2020, and 2021 I reported that my register mail with documents was received by the Clerk, and that the Clerk informed me that he was unable to identify the signature.

    I honestly believed that the dismissal of both of my cases was not because of my fault or mistakes, and that I would have followed the Judge's orders if I was informed of them.

It is more than certain that the mail system of the Court failed me, itself, and the Justice system.

    Knowing how important the POSTAL system is in Official business, the matter of the failure to provide me with the Court's documents, must be investigated, and I am respectfully requesting that my case reopens.

    As of the summons, please note that the same date, May 17 2017, that I mailed you the documents, I mailed to the defendant A.M.O. Union, a NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS, including the complain, the A.M.O. union received the notice, and refused my request to provide the waiver.

Thank You.

Respectfully

Captain Konstantinos Malihoutsakis MSc
    Master Mariner
    SERFIOTOU 83-85
    PIRAEUS 18539
      GREECE

Tel. 0030-2104516016
Email: kmalihoutsakis@yahoo.com

K. MALIHOUTSAKIS
SERAIOTOV 83-85
PIRAEUS
18539
GREECE

The Honorable DONALD M. MIDDLEBROOKS
Judge of the United States District Court
Southern District of Florida
Paul G. Rodgers Federal Building
and U.S. Court House
701 CLEMATIS Street
Room 257
West Palm Beach, Florida
33401

